## VANCE & KIRBY *v.* HAWKS.

FISH, J. This being a case involving nothing but a question of fact, and there being some evidence to support the verdict, this court will not reverse a judgment overruling a motion for a new trial based on the ground that the verdict was contrary to the evidence.

*Judgment affirmed.     All the Justices concurring.*

Argued April 4, — Decided April 25, 1901.

Illegality. Before Judge Fite. Bartow superior court. December 1, 1900.

*A. M. Foute* and *Milner & Anderson*, for plaintiffs.
*J. B. Conyers* and *A. S. Johnson*, for defendant.